ROBINSON QUALITY
CONSTRUCTORS,
Appellant,

v.

John McHUGH, Secretary of
the Army, Appellee.

No. 2010–1255.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2010.

Domenique Kirchner, Department of Justice, Washington, DC, for Appellee.

D. Lynn Whitt, Lake Saint Louis, MO, for Appellant.

Before MAYER, LOURIE, and BRYSON, Circuit Judges.

## ON MOTION

### ORDER

BRYSON, Circuit Judge.

Upon consideration of Robinson Quality Constructors' motion for reconsideration of the court's May 3, 2010 order dismissing this appeal as untimely,

It Is Ordered That:

The motion is denied.

BENQ AMERICA CORPORATION,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–1259.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2010.

## ON MOTION

### ORDER

The United States moves without opposition for a 14–day extension of time, until September 21, 2010, to file its brief.

Upon consideration thereof,

It is Ordered That:

The motion is granted. No further extensions should be anticipated.